IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CARRIE BOATWRIGHT,

      Appellant,

v.

MARK BRANNAN,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-5905

Opinion filed June 28, 2016.

An appeal from the Circuit Court for Levy County.
Stanley H. Griffis III, Judge.

Claire Cubbin, for Appellant.

Lorraine H. Sherman, for Appellee.


PER CURIAM.

AFFIRMED. See Aills v. Boemi, 29 So. 3d 1105, 1109 (Fla. 2010) ("Appellate review is . . . limited to the specific grounds for objection raised at trial."); Yau v. IWDWarriors, Corp., 144 So. 3d 557, 560 (Fla. 1st DCA 2014) (holding that an appellate court cannot reverse an "unpreserved claim of error absent fundamental error").

LEWIS, B.L. THOMAS and MAKAR, JJ., CONCUR.